AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:24-cv-12446-LVP-KGA

This summons for *(name of individual and title, if any)*  **Ford Motor Company**

was received by me on *(date)* **09/18/2024**

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[X] Other: *(specify)*: Summons, Complaint, & Jury Demand were served by Certified Mail Return Receipt # 9589 0710 5270 0386 9945 87 on 09/26/2024 (see attached USPS Proof of Delivery)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: **10/02/2024**

*Server's Signature* — [signed] Mallorie M. Blaylock

Mallorie M. Blaylock, Esq. (P84331)
*Printed Name and Title*

38701 Seven Mile Rd., #445, Livonia, Michigan 48152
*Server's address*

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ford Motor Company
c/o The Corporation Company
40600 Ann Arbor Rd E, Ste 201
Plymouth, MI 48170

9590 9402 8785 4005 0216 00

2. Article Number (Transfer from service label)

9589 0710 5270 0386 9945 87

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X THE CORPORATION COMPANY  ☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
SEP 2 6 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

(Miller S+C)

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U....

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052700386994587

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 9:46 am on September 26, 2024 in PLYMOUTH, MI 48170.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered

**Delivered, Left with Individual**

PLYMOUTH, MI 48170
September 26, 2024, 9:46 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package