UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 2:24-cv-12446-LVP-KGA<br>Hon. Linda V. Parker<br>Hon. Kimberly G. Altman |

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 7.1**

By and through their undersigned counsel of record, Plaintiff Robert Miller and Defendant Ford Motor Company hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint in this Court on September 17, 2024 (Dkt. 1);

WHEREAS, Defendant was served with the Complaint on September 26, 2024 (Dkt. 4);

WHEREAS, Defendant's responsive pleading is due on or before October 17, 2024, pursuant to Fed. R. Civ. P. 12(a);

WHEREAS, the Parties have agreed to extend the time for Defendant's responsive pleading, pursuant to Local Rule 7.1;

WHEREAS, this stipulation is the first extension by the Parties regarding Defendant's responsive pleading;

1

THEREFORE, IT IS STIPULATED AND AGREED THAT, by and between the undersigned counsel, Defendant will file its responsive pleading to the Complaint on or before November 17, 2024.

Dated: October 7, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Mallorie Blaylock* | */s/ Katherine Smith* |
| Mallorie Blaylock (P84331) | Katherine Smith (P87405) |
| STEMPIEN LAW PLLC | GIBSON, DUNN & CRUTCHER LLP |
| 38701 Seven Mile Road | 333 South Grand Avenue |
| Suite 445 | Los Angeles, CA 90071-3197 |
| Livonia, MI 48152 | Telephone: 213.229.7000 |
| Telephone: 734.744.7002 | |
| Email: mallorie@stempien.com | Email: ksmith@gibsondunn.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ROBERT MILLER,

        Plaintiff,

v.

FORD MOTOR COMPANY,

        Defendant.

Case No. 2:24-cv-12446-LVP-KGA
Hon. Linda V. Parker
Hon. Kimberly G. Altman

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Upon stipulation of the Parties, by and through their respective counsel; IT IS HEREBY ORDERED that Defendant Ford Motor Company shall respond to the Complaint on or before November 17, 2024.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: October 7, 2024

## **CERTIFICATE OF SERVICE**

A copy of the Parties' JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT PURSUANT TO LOCAL RULE 7.1 was filed electronically this 7th day of October 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Katherine Smith*
Katherine Smith (P87405)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Email: ksmith@gibsondunn.com

*Counsel for Defendant*