UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robert Miller,

                Plaintiff(s),

v.                                       Case No. 2:24−cv−12446−LVP−KGA
                                             Hon. Linda V. Parker

Ford Motor Company,

                Defendant(s),

## ORDER TO SHOW CAUSE

   IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 1/2/2025, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2.  Failure to respond may result in dismissal of the case.

                                             s/Linda V. Parker
                                             Linda V. Parker
                                             U.S. District Judge

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/A Flanigan
                                                     Case Manager

Dated:   December 19, 2024