UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT MILLER,

        Plaintiff,

v.                                                Case No. 24-12446
                                                 Honorable Linda V. Parker

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER STRIKING STIPULATION

On December 19, 2024, Plaintiff's counsel filed a Stipulation and Order of Dismissal [ECF No. 8]. Pursuant to the E.D. Mich. Local Electronic Case Filing (ECF) Rule 12(a), a proposed stipulation and order must be submitted as a Word document to the judge to whom the case is assigned, via the link located under the Utilities section of the ECF system. The stipulation at issue is not in compliance with the rule.

**IT IS ORDERED** that the Stipulation and Order of Dismissal [ECF No. 8] is **STRICKEN**.

                                                      s/ Linda V. Parker
                                                      LINDA V. PARKER
                                                      U.S. DISTRICT JUDGE

Dated: December 19, 2024